FILED
2019 JAN 22 PM 12:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 19MJ00179 |
| ADAU AKUI ATEM MORNYANG | |
| USMS# _____ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 1/21/19 AT 14:00  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   49 USC 46504 INTERFERENCE WITH FLIGHT CREW / 18 USC 111 ASSAULT OF FEDERAL OFFICER

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes    Language: ENGLISH

7. Year of Birth: 1994

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____    Phone Number: _____

9. Name of Pretrial Services Officer notified: DEVIN

10. Remarks (if any): N/A

11. Name: BILLY MOFFETT  (please print)

12. Office Phone Number: (310) 337-9138    13. Agency: FBI

14. Signature: [signature]    15. Date: 1/22/19

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION