HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
ERIN M. MURPHY (Bar No. 285087
(E-Mail: Erin_Murphy@fd.org)
GEORGINA E. WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5310
Facsimile: (213) 894-0081

Attorneys for Defendant
ADAU AKUI ATEM MORNYANG

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00050-CJC-1 |
| Plaintiff, | **DEFENDANT'S STATEMENT OF THE CASE** |
| v. | |
| ADAU AKUI ATEM MORNYANG | |
| Defendant. | |

Defendant Adau Akui Atem Mornyang, by and through her attorneys of record Georgina Wakefield and Erin Murphy, hereby submit defendant's statement of the case.

        Respectfully submitted,

        HILARY POTASHNER
        Federal Public Defender

DATED: March 8, 2019    By *s/ Georgina Wakefield*
        GEORGINA WAKEFIELD
        ERIN MURPHY
        Deputy Federal Public DefenderS

This is a criminal case brought by the United States government. The

government has charged defendant Adau Mornyang with the following: one count of interference with a flight attendant in violation of 49 U.S.C. § 46504, and two counts of assault by striking and beating in violation of 18 U.S.C. § 113(a)(4) and 49 U.S.C. § 46506.

Ms. Mornyang has pleaded not guilty to the charges and denies the government's allegations.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28