# LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT

3/14/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___gga___ DEPUTY

| Case Number | CR 19-00050-CJC | Title | U.S.A. v. Adau Akui Atem Mornyang |
|---|---|---|---|
| Judge | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | 3/13/2019 - 3/14/2019 | | |
| Court Reporters or Tape No. | Debbie Hino-Spaan; Carol Zurborg | | |
| Deputy Clerks | Gabriela Garcia | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| MiRi Song | Erin Murphy |
| Kevin Reidy | Georgina Wakefield |
| David Kowal | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | SEE ATTACHED | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
General Crimes Sections
      1200 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-2262
      Facsimile: (213) 894-0141
      E-mail:   miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-00050-CJC |
|---|---|
| Plaintiff, | JOINT WITNESS LIST |
| v. | Trial Date:  March 13, 2019 |
| ADAU AKUI ATEM MORNYANG, | Time:        8:30 a.m.<br>Location:    Courtroom of the<br>Hon. Cormac J.<br>Carney |
| Defendant. | |

     Plaintiff United States of America, by and through its attorney
of record, the United States Attorney for the Central District of
California and Assistant United States Attorney MiRi Song, and
defendant ADAU AKUI ATEM MORNYANG, by and through her counsel of
record, Deputy Federal Public Defenders Erin M. Murphy and Georgina
Wakefield, hereby submit their Joint Witness list for their
respective cases-in-chief.

1   The parties respectfully request leave of the Court to

2   supplement or modify this witness list as may be appropriate.

3

4   Dated: March 8, 2019                Respectfully submitted,

5                                       NICOLA T. HANNA
                                        United States Attorney
6
                                        LAWRENCE S. MIDDLETON
7                                       Assistant United States Attorney
                                        Chief, Criminal Division
8

9                                       _____/s/_____
                                        MIRI SONG
10                                      Assistant United States Attorney

11                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
12

13

14  Dated: March 8, 2019                _____/s/ with email authorization___

15                                      ERIN M. MURPHY
                                        GEORGINA WAKEFIELD
16                                      Deputy Federal Public Defenders
                                        Attorney for Defendant
17                                      ADAU AKUI ATEM MORNYANG

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES v. ADAU AKUI ATEM MORNYANG

### CR NO. 19-00050-CJC

### JOINT WITNESS LIST

**GOVERNMENT'S WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFIED |
|-----|--------------|----------------|
| 1 | Jeffrey Bolanowski | 3/14/2019 |
| 2 | Jason Jay | 3/13/2019 |
| 3 | Romeo Gutierrez | 3/13/2019 |

**DEFENDANT'S WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFIED |
|-----|--------------|----------------|
| 1 | Gina Currie | 3/14/2019 |
| 2 | Juliette Boewe | 3/14/2019 |
| 3 | Ashleigh Royle | 3/14/2019 |

1

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
Assistant United States Attorney
General Crimes Sections
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2262
     Facsimile: (213) 894-0141
     E-mail:    miri.song@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

              FOR THE CENTRAL DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | No. CR 19-00050-CJC |
|---|---|
| Plaintiff, | JOINT EXHIBIT LIST |
| v. | Trial Date:  March 13, 2019<br>Time:        8:30 a.m.<br>Place:       Courtroom of the<br>             Hon. Cormac J.<br>             Carney |
| ADAU AKUI ATEM MORNYANG, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney MiRi Song, and

defendant ADAU AKUI ATEM MORNYANG, by and through her counsel of

record, Deputy Federal Public Defenders Erin M. Murphy and Georgina

Wakefield, hereby submit their Joint Exhibit List.

//

        The parties reserve the right to modify this list, including
removing or adding exhibits before and throughout the trial.


Dated: March 8, 2019                Respectfully submitted,

                                    NICOLA T. HANNA
                                    United States Attorney

                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                    _____/s/_____
                                    MIRI SONG
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA



Dated: March 8, 2019                ___/s/ with email authorization___
                                    ERIN M. MURPHY
                                    GEORGINA WAKEFIELD
                                    Deputy Federal Public Defenders
                                    Attorney for Defendant
                                    ADAU AKUI ATEM MORNYANG

2

<u>**UNITED STATES V. ADAU AKUI ATEM MORNYANG**</u>

**CR No. 19-00050-CJC**

**JOINT EXHIBIT LIST**

<u>**GOVERNMENT'S EXHIBITS**</u>

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Airplane layout | 3/13/2019 | 3/13/2019 |
| 2 | Audio Clip 1 | 3/13/2019 | 3/13/2019 |
| 3 | Pictures of Rear Galley | 3/13/2019 | 3/13/2019 |

<u>**DEFENDANT'S EXHIBITS**</u>

None finalized at this time.

*USA v. Adau Akui Atem Mornyang*

CR-19-50-CJC

**Defense Exhibit List**

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 101 | 3/14/2019 | 3/14/2019 | Royle Boarding Pass |
| 102 | | | Defendant's Video |
| 103 | | | Photos of Defendant's Injuries |
| 104 | | | Photo of prescription bottle USAO_00000098-99 |
| 105 | | | Working with Children Check USAO_00000105 |
| 106 | 3/14/2019 | 3/14/2019 | Stipulation re: Testimony of Ashleigh Royle |
| 107 | | | R. Gutierrez Instagram: Melbourne Selife |
| 108 | | | March 12, 2019 Witness Disclosure Letter |
| 109 | | | Grand Jury Transcript: Billy Moffett January 29, 2019 USAO_00000301-319 |
| 110 | | | J. Bolanowski 302 USAO_00000200-202 |
| 111 | | | J. Bolanowski Interview Notes USAO_00000203-204 |
| 112 | | | J. Bolanowski 302 USAO_00000164 |
| 113 | | | J. Bolanowski Typed Statement USAO_00000237 |
| 114 | | | TSA Report USAO_00000234-236 |
| 115 | | | FAM Texts on board USAO_00000058-63 |

1

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 116 | 3/14/2019 | | G. Currie 302<br>USAO_00000110-112 |
| 117 | | | G. Currie Interview Notes<br>USAO_00000107-109 |
| 118 | | | J. Fong 302<br>USAO_00000205-207 |
| 119 | | | J. Fong Interview Notes<br>USAO_00000214-215 |
| 120 | | | J. Fong Typed Statement<br>USAO_00000238-239 |
| 121 | 3/13/2019 | | R. Gutierrez 302<br>USAO_00000179-182 |
| 122 | | | R. Gutierrez Interview Notes<br>USAO_00000183-187 |
| 123 | | | R. Gutierrez 302<br>USAO_00000084 |
| 124 | | | R. Gutierrez Instagram: Cancun |
| 125 | | | R. Gutierrez Instagram: Hiking 2/8/19 |
| 126 | | | R. Gutierrez Instagram: Hiking 2/8/19 |
| 127 | 3/13/2019 | | J. Jay 302<br>USAO_00000193-195 |
| 128 | | | J. Jay Interview Notes<br>USAO_00000196-198 |
| 129 | | | Jay Notes from Murphy<br>USAO_00000199 |
| 130 | | | Jay Typed Statement<br>USAO_00000240 |
| 131 | | | A. Mornyang 302<br>USAO_00000159-161 |
| 132 | | | Audio: Defendant's Interrogation<br>USAO_00000080 |
| 133 | | | USAO_00000001-2 |

2

| Exhibit | Date Identified | Date Admitted | Description |
| --- | --- | --- | --- |
| 134 | | | 302 – Luggage<br>USAO_00000170 |
| 135 | | | S. Yamamoto 302<br>USAO_00000217-218 |
| 136 | | | S. Yamamoto Interview Notes<br>USAO_00000219 |
| 137 | | | G. Matelich 302<br>USAO_00000220-221 |
| 138 | | | G. Matelich Interview Notes<br>USAO_00000222-223 |
| 139 | | | Transcript of FBI Interview |
| 140 | | | J. Boewe Defense Expert Disclosure - March 6, 2019 |
| 141 | | | Gutierrez/Murphy Text Messages |
| 142 | | | Fong Interview Notes Produced 3/12/2019 |
| 143 | | | Gutierrez Interview Notes 3/12/2019 |
| 144 | | | Bolanowski Interview Notes 3/12/2019<br>USAO_0000334 |