**DECLARATION OF ERIN MURPHY**

I, ERIN MURPHY, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. I represent Ms. Adau Akui Atem Mornyang in the matter *United States v. Adau Akui Atem Mornyang*, 19-CR-00050-CJC.

2. On May 24, 2019, I went to what appeared to be website of the Office of Coast Survey for the U.S. Department of Commerce: https://www.nauticalcharts.noaa.gov. To obtain a map of the U.S. Maritime Limits and Boundaries, the website directed me to a webmap hosted at https://noaa.maps.arcgis.com/home/webmap/viewer.html?useExisting=1. Using the map available there, I selected the area depicted as the portion of the Pacific Ocean where the state of Hawaii would appear. I printed two views of that portion as "PDF" documents, which are combined and attached here as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2019, at Los Angeles, California.

*/s/ Erin Murphy.*
ERIN MURPHY