# Exhibit A

## U.S. Maritime Limits and Boundaries Webmap



U.S. Baseline Committee approved maritime limits and boundaries of the United States

Earthstar Geographics | NOAA/NOS/Office of Coast Survey

Case 2:19-cr-00050-CJC   Document 94-2   Filed 05/24/19   Page 3 of 3   Page ID #:924

## U.S. Maritime Limits and Boundaries Webmap



U.S. Baseline Committee approved maritime limits and boundaries of the United States

Earthstar Geographics | NOAA/NOS/Office of Coast Survey