NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAU AKUI ATEM MORNYANG,<br><br>　　　　Defendant. | Case No. 19-CR-50-CJC<br><br>**ORDER CONTINUING SENTENCING HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that sentencing in this matter is continued from June 24, 2019 at 10:00 a.m. to **July 15, 2019 at 10:00 a.m.**

The parties shall file and submit their position papers with respect to sentencing no later than two weeks prior to sentencing.

DATED: June 10, 2019　　　　By _____
　　　　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　　　　United States District Judge

Presented by:

　　/s/ *Erin Murphy* Erin Murphy
Deputy Federal Public Defender

1