UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 19-00O50-CJC | Date | June 17, 2019 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Gabriela Garcia | Debbie Hino-Spaan | MiRi Song |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Adau Akui Atem Mornyang | NOT | | X | Erin Murphy, DFPD | X | X | |
| | | | | Georgina Wakefield, DFPD | X | X | |

**PROCEEDINGS:** **MOTION FOR DISMISSAL OF THE INDICTMECT, OR ALTERNATIVELY, A NEW TRIAL [89]**

Motion hearing held. The Court confers with counsel regarding tentative rulings on the defendant's motion. The Court hears oral argument. Order to issue.

                                                                                    00  :  27

                                                          Initials of Deputy Clerk  gga

cc: