# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 19-CR-50-CJC |
|---|---|
| Plaintiff, | **ORDER IN THE ALTERNATIVE** |
| v. | |
| ADAU AKUI ATEM MORNYANG, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document entitled: "Defendant's Position Re: Sentencing; Exhibits" be filed under seal.

DATED: July 2, 2019     By _____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE